UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Stephanie Clifford
a.k.a. Stormy Daniels          Plaintiff,

Case No. 1:18-cv-03842

-against-

Donald J. Trump          Defendant.

---

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Catherine Keenan**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CK5925          My State Bar Number is 3065703

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: K&L Gates, LLP
              FIRM ADDRESS: 599 Lexington Avenue, New York, NY 10022
              FIRM TELEPHONE NUMBER: (212) 536-3900
              FIRM FAX NUMBER: (212) 536-3901

NEW FIRM:     FIRM NAME: Philip Russell, LLC
              FIRM ADDRESS: 66 Field Point Road, Greenwich, CT 06830
              FIRM TELEPHONE NUMBER: (203) 661-4200
              FIRM FAX NUMBER: (203) 661-3666

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 04/30/2018

_Catherine R. Keenan_ (signature)
ATTORNEY'S SIGNATURE