UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>Defendant. | CASE NO. 1:18-cv-03842<br><br><br>Complaint Filed:  April 30, 2018 |

## NOTICE OF ERRATA RE: PLAINTIFF STEPHANIE CLIFFORD'S OPPOSITION TO DEFENDANT DONALD J. TRUMP'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) OR, IN THE ALTERNATIVE, TO DISMISS OR STAY PURSUANT TO THE "FIRST-FILED" RULE

Catherine R. Keenan, Esq.
Federal Bar No. CK 5925
66 Field Point Road
Greenwich, CT 06830
Tel: (203) 661-4200
Fax: (203) 661-3666
E-Mail: efile@greenwichlegal.com

*Attorneys for Plaintiff Stephanie Clifford*

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Stephanie Clifford ("Plaintiff") files this Notice of Errata to Correct her August 6, 2018 filing of her Opposition To Defendant Donald J. Trump's Motion To Transfer Pursuant To 28 U.S.C. § 1404(A) Or, In The Alternative, To Dismiss Or Stay Pursuant To The "First-Filed" Rule (the "Opposition") (Dkt. No. 13).  The Opposition that was filed was the incorrect version.  The correct version of the Opposition is attached hereto.  Plaintiff e-mailed this correct version of the Opposition to defense counsel on August 6.

Dated:  August 7, 2018                              Respectfully Submitted,

/s/ Catherine R. Keenan
Catherine R. Keenan, Esq.
Federal Bar No. CK 5925
66 Field Point Road
Greenwich, CT 06830
Tel: (203) 661-4200
Fax: (203) 661-3666
E-Mail: efile@greenwichlegal.com

Michael J. Avenatti (*Pro Hac Vice* application forthcoming)
AVENATTI & ASSOCIATES, APC
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Tel: (949) 706-7000
Fax: (949) 706-7050