**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIE CLIFFORD A.k.a. STORMY DANIELS, | CASE NO. 1:18-cv-03842 |
| Plaintiff, | |
| v. | |
| DONALD J. TRUMP, | Complaint Filed: April 30, 2018 |
| Defendant. | |

**[PROPOSED] ORDER RE: STIPULATION TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Upon consideration of Plaintiff Stephanie Clifford and Defendant Donald J. Trump's Stipulation to Transfer Action to the United States District Court for the Central District of California, the Court's records and files of the case, and for good cause shown, the Court hereby orders as follows:

1. The Stipulation is GRANTED;

2. This action shall be transferred to the United States District Court for the Central District of California.

3. Nothing in this Order, the parties' Stipulation, or the fact of the parties' consent to transfer, shall be construed as a waiver of any legal or factual argument or position relating to this case.

IT IS SO ORDERED

Dated: August __, 2018

HON. JESSE M. FURMAN
United States District Judge